### NAPOLEON B. JOHNSTON vs. HIRAM DAVIS, imp'd &c.

An affidavit for the purpose of moving for judgment, as in case of non-suit, should state where the venue is laid, that the cause was noticed for trial, or that it was not noticed, and that a circuit was held at which it might have been tried.

*Motion by defendant Davis for judgment as in case of non-suit.*—The affidavit upon which the defendant moved, did not state where the venue

was laid, nor that it had been noticed for trial, nor that any circuit had been held at which it might have been tried.

R. W. PECKHAM, *Defts Counsel.*     JOHN CLARK, *Defts Atty.*

J. H. COLLIER, *Plffs Counsel.*     G. M. BUCKLIN, *Plffs Atty.*

BEARDSLEY, Justice—Denied the motion, with costs, on the ground of the defects in the affidavit.